391 P.3d 1248

**BANK OF AMERICA, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, Plaintiff-Appellee,**

v.

**Brian Shigemi MIYAKE, Defendant-Appellant, and Mililani Town Association, Defendant-Appellee, and John Does 1-50; Jane Does 1-50; Doe Partnerships 1-50; Doe Corporations 1-50; Doe Entities 1-50; Doe Governmental Units 1-50, Defendants**

**NO. CAAP-15-0000944**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-0676)

SUMMARY DISPOSITION ORDER

Vacated. Remanded.